## Harry M. Greene v. B. F. Masten et al.

1. CORPORATIONS—*Liability of Officers—Failure to file Certificate.*— The failure to file the certificate of organization of a corporation in the recorder's office, renders the officers of such corporation liable for its debts.

2. PRACTICE—*Non-Joinder of Defendants—Waiver.*—Non-joinder of defendants is matter in abatement and is waived by pleading to the merits.

Assumpsit, on a promissory note. Appeal from the Circuit Court of Cook County; the Hon. FRANCIS ADAMS, Judge, presiding. Heard in this court at the March term, 1894. Reversed and remanded. Opinion filed June 29, 1896.

I. W. FOLTZ, attorney for appellant.

W. S. OPPENHEIMER and WALTER S. HOLDEN, attorneys for appellees.

MR. PRESIDING JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The appellant sued the appellees upon a promissory note for one hundred dollars, indorsed to him by the payee, of which the "Economy Dry Paste Company" was the maker. Of that company the appellees were officers, but the certificate of organization of the company was not filed in the recorder's office. The appellees are therefore liable for the debts of the company. We have waited long for the Supreme Court to decide Loverin v. McLaughlin, in which we held (46 Ill. App. 373) that proposition to be law, and in 161 Ill. 417, our decision is affirmed.

It follows that the appellant was entitled to recover, if the company owed the money the note calls for, and therefore the judgment in favor of the appellees is reversed and the cause remanded.

Non-joinder of defendants is only matter in abatement, waived by proceeding on the merits. Puterbaugh Pl. & Pr., 158.

Reversed and remanded.